ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| AECOM Government Services, Inc. | ) | ASBCA Nos.    61036, 61037, 61039 |
| | ) | |
| Under Contract No.    W52P1J-05-D-0004 | ) | |

APPEARANCES FOR THE APPELLANT:    Stephen D. Knight, Esq.
Daniel H. Ramish, Esq.
Edmund M. Amorosi, Esq.
Sean K. Griffin, Esq.
  Smith Pachter McWhorter PLC
  Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:    Scott N. Flesch, Esq.
  Army Chief Trial Attorney
Zachary F. Jacobson, Esq.
Harry M. Parent, III, Esq.
  Trial Attorneys

ORDER OF DISMISSAL

The dispute which is the subject of the appeals having been settled, the appeals are hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated.  Any request to reinstate the subject appeal must be filed within 90 days of the date of this Order.

Dated:  October 7, 2020

_____
MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61036, 61037, 61039, Appeals of AECOM Government Services, Inc., rendered in conformance with the Board's Charter.

Dated:  October 9, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals